IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15-cv-213

| | |
|---|---|
| DONALD KEVIN VINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| VOLKSWAGEN GROUP OF AMERICA, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on William B. Bystrynski's Application for Admission to Practice *Pro Hac Vice* of Henry G. Garrard, III. It appearing that Henry G. Garrard, III is a member in good standing with the Georgia State Bar and will be appearing with William B. Bystrynski, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that William B. Bystrynski's Application for Admission to Practice Pro Hac Vice (#3) of Henry G. Garrard,

III is **GRANTED**, and that Henry G. Garrard, III is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with William B. Bystrynski.

Signed: September 29, 2015

Dennis L. Howell
United States Magistrate Judge