# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:15cv213

| | |
|---|---|
| **DONALD KEVIN VINSON,** )<br>)<br>   **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**VOLKSWAGEN GROUP OF** )<br>**AMERICA, INC.,** )<br>)<br>   **Defendant.** )<br>_____ ) | **ORDER** |

Pending before the Court is the Motion to Stay [# 16]. Upon a review of the record, and for the reasons set forth in the Motion to Stay, the Court **GRANTS** the motion [# 16]. The Court **STAYS** these proceedings until a determination by the Judicial Panel on Multidistrict Litigation of a pending Motion for Transfer and Centralization of this and related actions. Either party may move to lift the stay upon a ruling by the Judicial Panel on Multidistrict Litigation.

Signed: October 21, 2015

Dennis L. Howell
United States Magistrate Judge